HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL DE JESUS LOPEZ-MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0182 LJO / SKO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION **ADVANCING** STATUS CONFERENCE FOR A CHANGE OF PLEA; |
| v. | ) | ORDER THEREON |
| MANUEL DE JESUS LOPEZ-MIRANDA, | ) ) | |
| Defendant. | ) ) ) | Date: July 8, 2013 Time: 8:30 a.m. Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Manuel de Jesus Lopez-Miranda, that the status conference currently set for August 19, 2013 at 8:30 a.m., **may be advanced and rescheduled to July 8, 2013 at 8:30 a.m. for a change of plea hearing before Hon. Lawrence J. O'Neill.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea July 8, 2013.

///

///

///

///

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 1, 2013 | | */s/ Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: July 1, 2013 | | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Manuel de Jesus Lopez-Miranda |

## ORDER

**IT IS SO ORDERED.**

DATED: July 1, 2013                           /s/ Lawrence J. O'Neill
                                              Lawrence J. O'Neill, Judge
                                              United States District Court
                                              Eastern District of California